## 12460. SANDERS *v.* THE STATE.

BLOODWORTH, J. The accused was indicted under § 125 of the Penal Code of 1910. On the trial of the case the State failed to prove at least two essential elements of the crime: (*a*) that the defendant knew that there was a legal contract between the servant and employer (*Rucker* v. *State*, 2 *Ga. App.* 143, 58 S. E. 295); (*b*) that the defendant, by offering higher wages or in some other way, did " entice, persuade, or decoy, or attempt to entice, persuade, or decoy " the servant to leave his employer during the term of service, knowing that said servant was so employed. *Broughton* v. *State*, 114 *Ga.* 34 (39 S. E. 866). The proof failing in these respects, the verdict is without evidence to support it, and the judge erred in overruling the motion for a new trial. See *McAllister* v. *State*, 122 *Ga.* 744 (50 S. E. 921). *Judgment reversed. Broyles, C. J., and Luke, J., concur.*
DECIDED JUNE 30, 1921.

Accusation of enticing cropper; from city court of Miller county — Judge Geer. April 16, 1921.

*N. L. Stapleton,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.

---

## 12463. WALKER *v.* THE STATE.

BROYLES, C. J. 1. It was not error to overrule the ground of the motion for a new trial which was based upon alleged newly discovered evidence, as that evidence was cumulative, and it was also obvious that before his trial the defendant must have known of the evidence.
2. There was some slight evidence authorizing the defendant's conviction; and the finding of the jury having been approved by the trial judge, this court is without authority to interfere.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JUNE 30, 1921.

Accusation of misdemeanor; from city court of Swainsboro — Judge Kirkland. April 25, 1921.

*C. A. Rountree, Arthur W. Jordan,* for plaintiff in error.

*I. W. Rountree, solicitor,* contra.